Douglas B. Provencher (77823)
Provencher & Flatt LLP
823 Sonoma Avenue
Santa Rosa, CA 95404
(707) 284-2380
(707) 284-2387 Facsimile
dbp@provlaw.com

Attorneys for Creditors Trade Association, Inc
dba Great Western Collection Bureau

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**MODESTO DIVISION**

In re:

ROBERT L. ACHTERBERG, JR and STEPHANIE ACHTERBERG,

    Debtors.

---

ROBERT L. ACHTERBERG, JR and STEPHANIE ACHTERBERG,

    Plaintiffs,

v.

CREDITORS TRADE ASSOCIATION, INC. dba GREAT WESTERN COLLECTION BUREAU

    Defendant.

Case No. 08-92594-E

Chapter 7

**AP 15-09054**

**SATISFACTION OF JUDGMENT**

    The plaintiffs, Robert L. Achterberg and Stephanie Achterberg, acknowledge that the Judgment entered on February 3, 2017 against Creditors Trade Association, Inc. has been satisfied in full.

    /s/ *Malcolm D. Gross*
    Malcolm D. Gross (116341)
    Attorney for Plaintiffs